AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

United States of America )
v. )
)
Ronald Ernest Baggs )   Case No: 3:88-cr-215-J-12HTS
)   USM No: 09011-018
Date of Previous Judgment: July 19, 1989 )   Lynn Palmer Bailey, Esq.
(Use Date of Last Amended Judgment if Applicable)     Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x the defendant  ☐ the Director of the Bureau of Prisons   the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  480 months  months is reduced to  324 months, or time served, whichever is greater .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:       41                Amended Offense Level:      39
Criminal History Category:   III               Criminal History Category:  III
Previous Guideline Range:   360   to  LIFE  months    Amended Guideline Range:  324  to  405  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

x   The reduced sentence is within the amended guideline range.
☐   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
    Other (explain):

Continued on page 2.

Ronald Ernest Baggs
Case No. 88-cr-215-J-12HTS                                              Page 2 of 2

### III. ADDITIONAL COMMENTS

U.S.S.G. 1B1.10(b)(2)(C) states that "[i]n no event may the reduced term of imprisonment be less than the term of imprisonment the defendant has already served."

The parties in this case have stipulated that the Defendant is eligible for a sentence reduction and that his sentenced be reduced by up to 156 months to a term of 324 months, or time served, whichever is greater. See Doc. 1905.

Except as provided above, all provisions of the judgment dated  7/19/89   shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  _____May 14, 2008_____         _____Howell W. Melton_____
                                                                             Judge's signature

Effective Date: _____           _____Howell W. Melton, Senior U.S. District Judge_____
            (if different from order date)                             Printed name and title

Copies to:
Defendant Ronald Ernest Baggs, FCI Jesup
AUSA (Henry)
AFPD (Bailey)
USPO (Hutchinson)
Bureau of Prisons (via e-Designate system and U.S. mail)