UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RONALD ERNEST BAGGS,

　　Petitioner,

　　v.　　　　　　　　　　　　　　　Case No. 3:08-cv-1081-J-12HTS
　　　　　　　　　　　　　　　　　　　　　　　　3:88-cr-215-J-12HTS

UNITED STATES OF AMERICA,

　　Respondent.

---

## ORDER

This cause is before the Court on the Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Civ. Doc. 1, Crim. Doc. 1932), filed November 10, 2008.

A review of the record indicates that the Petitioner filed a § 2255 motion (Doc. 1432, as supplemented by Doc. 1460) on April 21, 1997. The Court dismissed the Petitioner's motion on the merits (see Doc. 1458), and the Eleventh Circuit affirmed the Court's decision (see Doc. 1592). As a result, the Petitioner's instant § 2255 motion (Civ. Doc. 1, Crim. Doc. 1932) is successive, and without authorization from the Eleventh Circuit Court of Appeals, the Court lacks jurisdiction to consider it. Accordingly, it is

**ORDERED AND ADJUDGED:**

1.　That the Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Civ. Doc. 1, Crim. Doc. 1932) is

dismissed for failure to obtain authorization for filing it from the Eleventh Circuit Court of Appeals; and

    2.    The Clerk is directed to enter judgment in the civil action and to close the case.

**DONE AND ORDERED** this ___26th___ day of November 2008.

*Howell W. Melton*
Senior U.S. District Judge

Copies to:    AUSA (Henry)    Petitioner